SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. SA06CR315FB |
| Plaintiff, | ) | |
| | ) | **INDICTMENT** |
| v. | ) | |
| | ) | [Vio: Conspiracy to Commit Bank |
| | ) | Robbery - 18 U.S.C. § 371; Bank |
| GUADALUPE GARCIA BREWSTER, | ) | Robbery - 18 U.S.C. §§ 2113(a),(d); |
| | ) | Using and Carrying a Firearm in |
| | ) | Relation to a Crime of Violence - |
| Defendant. | ) | 18 U.S.C. § 924(c)(1)] |

**THE GRAND JURY CHARGES:**

COUNT ONE
[18 U.S.C. § 371]

From on or before September 3, 2004, and continuing thereafter until the return of this Indictment, in the Western District of Texas, the Defendant,

**GUADALUPE GARCIA BREWSTER,**

knowingly and willfully conspired and agreed with other persons both known and unknown to the grand jury, to commit the offense of Bank Robbery in violation of 18 U.S.C. §§ 2113(a),(d). In order to affect the Conspiracy and in furtherance of the Conspiracy the following overt acts were committed within the Western District of Texas:

1. On or before September 3, 2004, Defendant Guadalupe Garcia Brewster discussed robbing a bank with a co-conspirator (co-conspirator # 1). Defendant Guadalupe Garcia Brewster asked the co-conspirator to drive in the bank robbery using an automobile supplied by co-conspirator #1.

2. On or about September 3, 2004, Defendant Guadalupe Garcia Brewster traveled to the home of Co-conspirator #1 and had him drive defendant to Defendant's home.

3. On or about September 3, 2004, Defendant Guadalupe Garcia Brewster arranged a

meeting between himself, co-conspirator #1 and co-conspirator #2.

4. On or about September 3, 2004, Defendant Guadalupe Garcia Brewster provided co-conspirator #2 with a handgun.

5. On or about September 3, 2004, co-conspirators #1 and 2 traveled to a branch of the Bank of America, where co-conspirator #2 robbed the bank while co-conspirator #1 waited in the car.

6. On or about September 3, 2004, after co-conspirator #2 robbed the bank, co-conspirator #1 drove them to the home of Defendant Guadalupe Garcia Brewster.

7. On or about September 3, 2004, co-conspirator #2 gave the proceeds of the bank robbery to Defendant Guadalupe Garcia Brewster while co-conspirator #1 gave the keys to his car to Defendant Guadalupe Garcia Brewster who instructed co-conspirator #1 to report his car as stolen to the San Antonio Police.

## COUNT TWO
[18 U.S.C. §§ 2113(a),(d)]

On or about September 3, 2004, in the Western District of Texas, JEWELL MILLER WARREN, aka "PEPPER," not a Defendant in this indictment, by force, violence and intimidation, did take from the person and presence of another, a sum of money belonging to and in the care, custody, control, management and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation and in committing such offense, JEWELL MILLER WARREN, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is a firearm, in violation of 18 U.S.C. §§ 2113(a),(d).

2. On or About September 3, 2004, in the Western District of Texas,

**GUADALUPE GARCIA BREWSTER,**

the Defendant did knowingly aid, abet, counsel, command, induce and procure the commission of the offense in violation of 18 U.S.C. § 2.

## COUNT 3
[18 U.S.C. § 924(c)(1)]

1. That on or about September 3, 2004, in the Western District of Texas, JEWELL MILLER WARREN, aka "PEPPER," not named as a defendant in this indictment knowingly used and carried a firearm during and in relation to a crime of violence for which she may be prosecuted in a court of the United States, to wit: the robbery of Bank of America which is charged in Count One, in violation of 18 U.S.C. § 924(c)(1).

2. On or About September 3, 2004, in the Western District of Texas,

**GUADALUPE GARCIA BREWSTER,**

the Defendant did knowingly aid, abet, counsel, command, induce and procure the commission of the offense in violation of 18 U.S.C. § 2.

A TRUE BILL.

_____
FOREPERSON

JOHNNY SUTTON
UNITED STATES ATTORNEY

By: _____
LE ROY MORGAN JAHN
Assistant U.S. Attorney